# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLARENCE D. SCHREANE,<br><br>　　Plaintiff,<br><br>　　　v.<br><br>JEFF THOMAS, *et al.*,<br><br>　　Defendants. | CIVIL ACTION NO. 3:CV-13-1057<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE BLEWITT) |

## ORDER

**NOW**, this 4th day of September, 2014, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Blewitt's Report and Recommendation (Doc. 82) is **ADOPTED** and the Amended Complaint (Doc. 81) is **DISMISSED with prejudice**.

(2) The Motion to Appoint Counsel (Doc. 84) is **DENIED**.

(3) The Motion to Order Polygraph Examination (Doc. 85) is **DENIED as moot**.

(4) The Motion to Amend Complaint (Doc. 90) is **DENIED as moot**.

(5) The Clerk of Court is directed to mark the case as **CLOSED**.

　　　　　　　　　　　　　　　　　　　/s/ A. Richard Caputo
　　　　　　　　　　　　　　　　　　　A. Richard Caputo
　　　　　　　　　　　　　　　　　　　United States District Judge